JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/27/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-CV-07552-WDK-AFM |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| TARA L. DESMOND | |
| Defendant. | |

Pursuant to the stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, TARA L. DESMOND in the total amount of $23,156.65.

Dated: February 27, 2018

WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE